**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1856**

---

In re:  SURESH H. SMALL,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Beckley.  (5:23-cv-00658)

---

Submitted:  October 9, 2024                          Decided:  October 18, 2024

---

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Suresh H. Small, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Suresh H. Small petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition.  He seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  *See Small v. Holzapfel*, No. 5:23-cv-00658 (S.D. W. Va filed Oct. 5, 2023).  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*